**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**REMOI CAMPBELL,**

***Plaintiff,***

**v.** **Case No.: 1:26cv223-MW/MJF**

**M. BRYSON,**

***Defendant.***
______________________________/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. This Court recognizes that Plaintiff has referred to the undersigned judge in the allegations in the habeas petition, *see* ECF No. 1 at 5. However, I need not recuse myself based on frivolous allegations against me. *See Davis v. Kvalheim*, 261 F. App'x 231, 233–34 (11th Cir. 2008). Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's case is **DISMISSED as frivolous.**" A certificate of appealability is **DENIED**. Petitioner's

pending motions, ECF Nos. 2 and 5, are **DENIED**. The Clerk shall close the file.

**SO ORDERED on October 22, 2026.**

**s/Mark E. Walker**
**United States District Judge**